IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 9 2019

CLERK, U.S. DISTRICT COURT
By ____
Deputy

| | | |
|---|---|---|
| OMAR MENDOZA,<br>Institutional ID No. 29993-177 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-146-Z-BQ |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On October 29, 2019, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis*. (ECF 16). On October 31, the United States Magistrate Judge entered findings and conclusion on Plaintiff's motion. (ECF 17). The Magistrate Judge RECOMMENDS that Plaintiff's motion (ECF 16) be DENIED. Plaintiff did not file objections to these findings, conclusions, and recommendation.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the Court concludes that the findings and conclusions are correct. Plaintiff has a balance of $1,955.56 in his inmate trust account, and there are no holds on his account. These assets are sufficient to pay the required filing fee of $400.00. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED and that Plaintiff's Motion to Proceed *In Forma Pauperis* is DENIED.

Plaintiff is ORDERED to pay the $400.00 filing fee **no later than December 23, 2019**. Failure to timely pay the filing fee will result in the dismissal of the instant complaint for want of prosecution without prejudice and without further notice.

**SO ORDERED.**

December 9, 2019

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE